# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Apex It, a Minnesota corporation, | Civil No. 07-81 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| American Express Travel Related Services Company, Inc., | |
| Defendant. | |

_____

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 24), **IT IS ORDERED** that the above-entitled matter is **DISMISSED WITH PREJUDICE** between the above-named parties without costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 15, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
